**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7520**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BURTON BRAXTON HAGWOOD,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  W. Craig Broadwater, District Judge.  (CR-00-13, CA-01-68-3)

———————

Submitted:  March 21, 2003          Decided:  April 4, 2003

———————

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Burton Braxton Hagwood, Appellant Pro Se.  Samuel Gerald Nazzaro, Jr., Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Burton Braxton Hagwood, a federal prisoner, seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude Hagwood has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, ___ U.S. ___, 2003 WL 431659, at *10 (U.S. Feb. 25, 2003) (No. 01-7662). Accordingly, we deny Hagwood's motion for a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We deny Hagwood's motion requesting the removal from office of the magistrate judge. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2